No. 701. W. O. JOHNSON, PETITIONER, *v.* SOUTHERN PACIFIC COMPANY. June 1, 1903. Petition for a writ of certiorari to

the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Solicitor General Hoyt* and *Mr. L. A. Shaver* for petitioner *Mr. Maxwell Evarts* and *Mr. M. L. Clardy* for respondent.